COPY

FILED
SUPERIOR COURT
OF GUAM

2021 MAR -2 PM 1:20

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **CRIMINAL CASE NO.: CF0013-21** |
| vs. | **DECISION AND ORDER** |
| | Re: People's Motion to Amend |
| | Indictment |
| **AM ERMIS,** | |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Judge Anita A. Sukola on February 22, 2021, upon the People's Motion to Amend Indictment. The People are represented by Assistant Attorney General Dannis L. Le. The Defendant, AM Ermis ("Ermis"), is represented by Alternate Public Defender. For the reasons set forth below, having reviewed the moving papers of both parties, the Court **GRANTS** the People's Motion to Amend Indictment.

### BACKGROUND

Ermis was arrested and charged with a magistrate's complaint on January 14, 2021 for alleged conduct that occurred on March 27, 2020. See Magistrate's Compl. (Jan. 14, 2021). The case was then presented to a superior court grand jury on January 29, 2021. Grand Jury Min. Entry (Jan. 29, 2021). The indictment submitted to the grand jury charged Ermis with the *First Charge* of **THEFT OF A MOTOR VEHICLE (As a**

CF0013-21, People v. AM Ermis.
Decision and Order (Motion to Amend Indictment).

Page 1 of 3

Second Degree Felony) and the _Second_ _Charge_ of **CONSPIRACY TO COMMIT BURGLARY (As a Second Degree Felony).** The grand jury made a series of handwritten clerical mistakes that made their findings unclear, but after the Magistrate Judge examined the foreperson, it was determined that the grand jury reported No True Bill for the _First_ _Charge_ of **THEFT OF A MOTOR VEHICLE (As a Second Degree Felony)** and True Bill for the _Second_ _Charge_ of **CONSPIRACY TO COMMIT BURGLARY (As a Second Degree Felony).** See _Id._; See also People's Mot. to Amend Indictment (Feb. 9, 2021).

At an arraignment hearing on February 3, 2021, the Alternate Public Defender Service Corp., argued for dismissal of the Indictment because it was unclear on the charge or charges returned by the grand jury. _Id._ In response, the People filed the instant motion seeking to amend the indictment in order to clarify the charges against Ermis. _Id._ Ermis filed an opposition to the motion on February 12, 2021. On February 22, 2021, a hearing was held and the court subsequently took this matter under advisement.

## DISCUSSION

This Court may permit the prosecution to amend the indictment at any time before a verdict or finding is made, so long as the amendment does not charge an additional or different offense or prejudice the defendant's substantial rights. 8 GCA § 55.20. "An amendment of an indictment . . . must be of form and not of substance to be permissible." _Guam v. San Nicolas,_ 2013 Guam 21 ¶ 16. Generally, an amendment is substantive where it materially alters or adds essential elements of a crime. See _Id._ ¶ 3, 6, 25. The test of whether an amendment will prejudice the Defendant's substantial rights is: "whether a defense under an indictment as it originally stood would be equally available after the amendment is made, and whether any evidence the defendant might have would be equally applicable to the indictment in the one form as in the other." _People v. Diaz,_ 2007 Guam 3 ¶ 17 (_citing United States v. Fawcett,_ 115 F.2d 764, 767 (3rd Cir. 1940)).

Here, the proposed amended indictment removes one of the two charges on the face of the indictment and the corresponding police report number. The amendment is not charging an additional or different defense and it does not affect any potential defenses or the use of any potential evidence. The amended indictment exists merely to settle any confusion. The proposed amendment does not place the Defendant in a different or worse

CF0013-21, People v. AM Ermis.
Decision and Order (Motion to Amend Indictment).

Page 2 of 3

position than he enjoyed before the amended indictment. The proposed amendment is one of form and not substance. Finally, the record makes it clear that the grand jury made simple handwritten clerical mistakes on the face of the indictment, and the proposed indictment follows the reporting of the grand jury regarding the proper True Bill and No True Bill. See Grand Jury Min. Entry (Jan. 29, 2021).

## CONCLUSION

Based on the foregoing, the Court **GRANTS** the People's Motion to Amend Indictment.

**SO ORDERED** this 2/2/2021 .

_____
**HONORABLE ANITA A. SUKOLA**
Judge, Superior Court of Guam

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
AG, APO

Date: 2/2/21 Time: 1:33p

Antonio Cruz
Deputy Clerk, Superior Court of Guam

CF0013-21, People v. AM Ermis.
Decision and Order (Motion to Amend Indictment).

Page 3 of 3